IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY B. MILBOURNE | : | CIVIL ACTION |
| v. | : | |
| CHESTER COUNTY COURT OF | : | |
| COMMON PLEAS, et al. | : | NO. 02-3152 |

## ORDER

AND NOW, this        day of          2002, it appearing that on May 22, 2002, petitioner filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2241, and

it further appearing that petitioner did not at that time tender the required $5.00 filing fee, and,

it further appearing that petitioner did not at that time request leave to proceed in forma pauperis, and,

it further appearing that on May 29, 2002, this court Ordered the Clerk of this Court to promptly furnish petitioner with the in forma pauperis form, and ordered petitioner to either complete and return it to the Clerk of Court within thirty (30) days, or in the alternative, tender the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action would be dismissed, and

it further appearing that the Clerk of this Court promptly furnished petitioner with the above-referenced form, but that petitioner has not responded to the court's Order of May 29, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
RONALD L. BUCKWALTER, J.