IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY B. MILBOURNE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER COUNTY COURT OF | : | NO. 02-3152 |
| COMMON PLEAS, et al. | : | |

**O R D E R**

AND NOW, this 1st day of August, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

the District Attorney of Chester County shall file specific and detailed answers within twenty (20) days of the date of this order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed _____ to:        Copies mailed _____ to: